# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139919(20)

ST. FRANCIS HOSPITAL OF ESCANABA,
      Plaintiff-Appellant,

v

HOME-OWNERS INSURANCE COMPANY,
      Defendant-Appellee.

SC: 139919
COA: 292530
Delta CC: 08-019884-AV
94th DC: 07-GC-481

_____/

On order of the Court, the motion for reconsideration of this Court's March 29, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

d0621

_____
Clerk